# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

FILED

MAY 03 2021

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

**SAMUEL VELASCO-GURROLA,** |

   Fed. Reg No. 51956-380     |

           Movant,         | Case No. 3:19-CV-00320-DB

                      |              3:15-CR-1646-DB-2

**Vs.**                        |

                       |

**UNITED STATES OF AMERICA,** |

           Respondent.       |

## NOTICE OF APPEAL

   Samuel Velasco Gurrola, acting *Pro se* and hereby gives notice that he is appealing the order from the United States District Court, for the Western District of Texas, El Paso Division, decision entered by said Court on the March 5, 2021 (Doc. # 552) To the Fifth Circuit.

   At the same time, Movant respectfully requests for an extended time of 30-days to file further proceedings in this case, due that he has been in Segregation Housing Unit (SHU) for the past more than 1-year with no access to his legal file or access to law library. Movant is in absolute legal disadvantage in satisfying and following up with his legal proceedings in this matter. However, desires to appeal and preserve all rights.

Date: 4-23-2021

Respectfully Submitted

*Samuel Velasco Gurrola*

## CERTIFICATE OF SERVICE

I, Samuel Velasco Gurrola, hereby certify under penalty of perjury that on this April 28, 2021, I placed a copy of the foregoing Notice of Appeal in the hands of prison at Unitedf States Penitentiary, Cannan, mailing system with prepaid postal. A copy of the foregoing is to be served to the U.S. Attorney's office for the Western District of Texas

Respectfully Submitted

Samuel Velasco Gurrola

Samuel Carola # 51456-380
Smart Communications
United States Penitentiary
P.O. Box 30
Pinellas Park, Florida
33781

FILED
MAY 03 2021
DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY
DEPUTY

79901-248499

ALBUQUERQUE NM 870
30 APR 2021 PM 4 L

Earth
April

FOREVER USA

United States District Court
Western District of Texas
El Paso Division
525 Magoffin Ave
El Paso, Tx. 79901