

**Certified as a true copy and issued as the mandate on Apr 25, 2022**

Attest: *Lyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**

# United States Court of Appeals for the Fifth Circuit

No. 21-50378

United States Court of Appeals
Fifth Circuit
**FILED**
April 1, 2022
Lyle W. Cayce
Clerk

SAMUEL VELASCO GURROLA,

*Petitioner—Appellant*,

*versus*

UNITED STATES OF AMERICA,

*Respondent—Appellee*.

---

Application for Certificate of Appealability from the
United States District Court for the Western District of Texas
USDC No. 3:19-CV-320

---

ORDER:

    Samuel Velasco Gurrola was convicted of three counts of conspiracy to kill in a foreign country in violation of 18 U.S.C. § 956(a) and four counts of conspiracy to cause travel in foreign commerce in the commission of murder-for-hire in violation of 18 U.S.C. § 1958(a). The district court sentenced Gurrola to consecutive life sentences on four counts and concurrent life sentences on five counts. Gurrola moved to vacate his sentence and conviction under 28 U.S.C. § 2255, and the district court denied the motion. Gurrola now moves for a certificate of appealability

No. 21-50378

("COA"), arguing that the district court improperly denied his ineffective assistance of counsel claims.

 To obtain a COA, a movant must make "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2); *see Slack v. McDaniel*, 529 U.S. 473, 484 (2000). A movant can satisfy this standard by "demonstrating that jurists of reason could disagree with the district court's resolution of his constitutional claims or that jurists could conclude that the issues presented are adequate to deserve encouragement to proceed further." *Miller-El v. Cockrell*, 537 U.S. 322, 327 (2003); *see also Slack*, 529 U.S. at 484. Gurrola has not met this standard.

 Accordingly, IT IS ORDERED that the motion for a COA is DENIED.

       /s/ *Catharina Haynes*
       CATHARINA HAYNES
       *United States Circuit Judge*

# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

April 25, 2022

Ms. Jeannette Clack
Western District of Texas, El Paso
United States District Court
525 Magoffin Avenue
Room 108
El Paso, TX 79901-0000

    No. 21-50378    USA v. Gurrola
                            USDC No. 3:19-CV-320

Dear Ms. Clack,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

                                            Sincerely,

                                            LYLE W. CAYCE, Clerk

                                            By: _____
                                            Renee S. McDonough, Deputy Clerk
                                            504-310-7673

cc:
    Mr. Joseph H. Gay Jr.
    Mr. Samuel Velasco Gurrola